IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV299-RJC-DSC

| | |
|---|---|
| INTERNATIONAL BOTTLED WATER ASSOCIATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ECO CANTEEN INC., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's "Application[s] for Admission to Practice Pro Hac Vice [for Robert B. Wolinsky and Steven P. Hollman]" (documents ##2 and 3) filed July 21, 2009. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 22, 2009

David S. Cayer
United States Magistrate Judge