**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09CV299-RJC-DSC**

| | |
|---|---|
| **INTERNATIONAL BOTTLED WATER ASSOCIATION,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**ECO CANTEEN, INC.,** )<br>)<br>**Defendant.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Mary Ellen R. Himes]" (document #26) filed October 14, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 14, 2009

David S. Cayer
United States Magistrate Judge