# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09CV299-RJC-DSC

| | |
|---|---|
| **INTERNATIONAL BOTTLED WATER ASSOCIATION,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **ECO CANTEEN, INC.,** ) ) **Defendant.** ) _____) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Jeffrey D. Pariser]" (document #28) filed October 16, 2009. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: October 17, 2009

_____
David S. Cayer
United States Magistrate Judge