UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-299-RJC-DSC

| | |
|---|---|
| INTERNATIONAL BOTTLED WATER ASSOCIATION,<br>　　　Plaintiff,<br><br>v.<br><br>ECO CANTEEN, INC.,<br>　　　Defendant. | ORDER |

**THIS MATTER** is before the Court pursuant to plaintiff's motion for preliminary injunction (Doc. No. 12). The Court held a preliminary injunction hearing on March 15, 2010. At the hearing, the undersigned offered the the parties the opportunity to provide cases as to the injury element of the Lanham Act false advertising claim as it relates to plaintiff as an association.

**IT IS, THEREFORE, ORDERED** that if either side wishes to provide case law on this issue, it is due no later than **Friday, March 19, 2010.**

　　　　　　　　　　　　　　　　　　Signed: March 15, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Robert J. Conrad, Jr.
　　　　　　　　　　　　　　　　　　Chief United States District Judge