# United States District Court
# For The Western District of North Carolina
# Charlotte Division

International Bottled Water Association,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                         3:09-cv-299-RJC

Eco Canteen, Inc.,

        Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 17, 2010 Order.

                                              Signed: September 17, 2010

*[Signature]*

Frank G. Johns, Clerk
United States District Court