# United States District Court
# For The Western District of North Carolina
# Charlotte Division

International Bottled Water Association,

       Plaintiff,                         JUDGMENT IN A CIVIL CASE

vs.                                        3:09-cv-299-RJC

Eco Canteen, Inc.,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 17, 2010 Order.

                                       Signed: September 17, 2010

                                       Frank G. Johns, Clerk
                                       United States District Court